UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL J. MONROE,

          Plaintiff,

v.

COUNTY OF ROCKLAND; MASI, Food Service Supervisor; and JOULIANA PETRANAKER, H.S.A. Nurse Administrator,

          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5244 (VB)

On November 19, 2021, defendants moved to dismiss. The notice of motion provided that plaintiff's opposition was due on November 29, 2021, and defendants' reply was due on December 6, 2021. (Doc. #14). To date, plaintiff has not responded to defendants' motion.

Accordingly, it is HEREBY ORDERED that plaintiff's deadline to oppose defendants' motion to dismiss is <u>sua sponte</u> extended to **January 6, 2022**. Any reply by defendants shall be filed by **January 20, 2022**.

**<u>No further extensions of plaintiff's deadline to oppose defendants' motion shall be granted. Should plaintiff fail to oppose defendants' motion to dismiss by January 6, 2022, the Court will deem the motion fully submitted and decide it in due course.</u>**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 7, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge