UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL J. MONROE,
        Plaintiff,

v.

COUNTY OF ROCKLAND; MASI, Food
Service Supervisor; and JOULIANA
PETRANAKER, H.S.A. Nurse Administrator,
        Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5244 (VB)

    On November 19, 2021, defendants moved to dismiss. The notice of motion provided that plaintiff's opposition was due on November 29, 2021, and defendants' reply was due on December 6, 2021. (Doc. #14). Plaintiff did not respond by December 6, 2021.

    On December 7, 2021, the Court sua sponte extended plaintiff's deadline to oppose defendants' motion to dismiss to January 6, 2022. (Doc. #23). Moreover, the Court warned plaintiff that no further extensions would be granted, and that if he failed to oppose defendant's motion to dismiss by January 6, 2022, the Court would deem the motion fully submitted and decide it in due course.

    To date, plaintiff has not responded to defendants' motion. Thus, the Court deems defendants' motion fully submitted and will decide it in due course.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 18, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge