UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MICHAEL J. MONROE,
    Plaintiff,

v.

JOULIANA PETRANKER, H.S.A. Nurse
Administrator,
    Defendant.
----------------------------------------------------------x

**ORDER**

21 CV 5244 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/22

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

  As discussed at a conference held on the record on August 22, 2022, at which defense counsel appeared and plaintiff, who is proceeding pro se in this action, failed to appear, it is HEREBY ORDERED:

  1. For the reasons stated on the record, defendant's motion to dismiss this action pursuant to Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure is GRANTED.

  2. The Clerk is directed to close this case.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: September 22, 2022
   White Plains, NY

     SO ORDERED:

     Vincent L. Briccetti
     United States District Judge