UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL J. MONROE,

                     Plaintiff,                       21 **CIVIL** 5244 (VB)

      -against-                             **JUDGMENT**

JOULIANA PETRANKER, H.S.A. Nurse
Administrator.

                     Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated on the record, defendant's motion to dismiss this action pursuant to Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 23, 2022

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                            **BY:**

                                                               **Deputy Clerk**